**UNIVERSAL ELECTRONICS, INC., Plaintiff–Appellee**

v.

**UNIVERSAL REMOTE CONTROL, INC., Defendant–Appellant**

**2015–1410, 2015–1561, 2016–1055**

United States Court of Appeals, Federal Circuit.

October 17, 2016

GREGORY A. CASTANIAS, Jones Day, Washington, DC, argued for plaintiff-appellee. Also represented by MARK A. FINKELSTEIN, JACLYN STAHL, Irvine, CA; SHERYL HOKE LOVE, THOMAS R. GOOTS, DAVID B. COCHRAN, Cleveland, OH.

PETER H. KANG, Sidley Austin LLP, Palo Alto, CA, argued for defendant-appellant. Also represented by CONSTANTINE L. TRELA, JR., Chicago, IL; THEODORE WHITLEY CHANDLER, Los Angeles, CA; ANNA MAYERGOYZ WEINBERG, Washington, DC; TEAGUE I. DONAHEY, Holland & Hart LLP, Boise, ID; DOUGLAS A. MIRO, Ostrolenk Faber LLP, New York, NY.

## JUDGMENT

Per Curiam (Prost, Chief Judge, Reyna and Chen, Circuit Judges).

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**